. THE STATE V. PAUL ARCHER.

Indictment charged that one B. and the appellee made an assault upon one A. " with a certain rifle gun, then and there charged with gunpowder and one leaden bullet, which was then and there a deadly weapon, and which the said B. in both his hands then and there had and held, did point at with intent him, the said A., then and there, willfully, feloniously, and of his malice aforethought, to kill and murder," and then proceeded to charge that the appellee was then and there present, feloniously, willfully, and of his malice aforethought, " aiding, helping, abetting, comforting, assisting and maintaining the said B. in the felony aforesaid." The court below quashed the indictment, on appellee's motion, for insufficiency. *Held*, that the ruling was erroneous ; the indictment is sufficient to support a conviction for a simple assault, though not for an assault with intent to murder.

APPEAL from Matagorda. Tried below before the Hon. W. H. Burkhart.

The substance of the indictment is shown in the head note.

No briefs on either side.

Evans, P. J.—The indictment is insufficient to sustain a conviction for an assault with intent to murder; but it is sufficient to support a conviction for a simple assault.

The cause is reversed and remanded, to be proceeded in in accordance with this opinion.

Reversed and remanded.